UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61760-DIMITROULEAS-HUNT

FIDELITY WARRANTY
SERVICES, INC.,

    Plaintiff,

v.

SIX M'S II, LLC, d/b/a, CHRYSLER
OF LAWRENCEBURG and MARCUS D.
WITHERS,

    *Defendants.*

_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Order Granting Plaintiff Fidelity Warranty Services, Inc.'s Motion for Summary Judgment, entered separately today.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Fidelity Warranty Services, Inc. and against Defendants Six M's II, LLC d/b/a Chrysler of Lawrenceburg and Marcus D. Withers, jointly and severally, for $2,394,022.52, plus any further interest accrued at the rate of $474.44 per day hereafter, and Plaintiff Fidelity Warranty Services, Inc.'s attorneys' fees and costs;

2. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 25th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record