UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61760-CIV-DIMITROULEAS

FIDELITY WARRANTY
SERVICES, INC.,

    Plaintiff,

vs.

SIX M'S II, LLC, d/b/a, CHRYSLER
OF LAWRENCEBURG, and
MARCUS D. WITHERS,

    Defendants.
_____/

. **ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

    THIS CAUSE is before the Court on Plaintiff's Motion for Bill of Costs [DE 59]; and the September 2, 2025 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 61] (the "Report").  The Court notes that no objections to the Report [DE 61] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 61] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 61] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 61] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Bill of Costs [DE 59] is **GRANTED**;

3. Plaintiff is entitled to the costs in the amount of $5,208.24.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record